# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: LENART, KRZYSZTOF § | Case No. 13-80010 |
| LENART, KAMILA A § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/04/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 02/11/2015            By: /s/JOSEPH D. OLSEN
                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LENART, KRZYSZTOF           LENART, KAMILA A    Debtor(s) | § Case No. 13-80010 § § § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   25,000.00

*and approved disbursements of*   $   3,085.85

*leaving a balance on hand of* [1]   $   21,914.15

**Balance on hand:**   $   21,914.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Regional Acceptance Corporation | 10,046.81 | 0.00 | 0.00 | 0.00 |
| 8S | Prologis Targeted U.S. Logistics Fund, L.P. | 35,158.16 | 0.00 | 0.00 | 0.00 |
| 9 | AMB Liberty Logistics Center, LLC | 19,647.86 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   21,914.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 255.91 | 0.00 | 255.91 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,320.00 | 0.00 | 4,320.00 |

Total to be paid for chapter 7 administration expenses:   $   7,825.91
Remaining balance:   $   14,088.24

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,088.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,088.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 469,375.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Stephen Balsley | 420,000.00 | 0.00 | 12,606.23 |
| 2 | Donna P. Touzalin | 10,316.75 | 0.00 | 309.66 |
| 3 | David L. Wisniewski | 7,684.75 | 0.00 | 230.66 |
| 5 | Atlas Acquisitions LLC (Citibank (South Dakota) | 3,224.36 | 0.00 | 96.78 |
| 6 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 1,973.14 | 0.00 | 59.22 |
| 7 | Capital One Bank (USA), N.A. | 652.10 | 0.00 | 19.57 |
| 8U | Prologis Targeted U.S. Logistics Fund, L.P. | 0.02 | 0.00 | 0.00 |
| 10 | Centegra Hospital McHenry | 524.64 | 0.00 | 15.75 |
| 11 -4 | Barbara Piatek | 25,000.00 | 0.00 | 750.37 |

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---:|---:|
| Total to be paid for timely general unsecured claims: | | $ | 14,088.24 |
| Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 59,648.55 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | Barbara Piatek | 0.00 | 0.00 | 0.00 |
| 11 -2 | Barbara Piatek | 0.00 | 0.00 | 0.00 |
| 11 -3 | Barbara Piatek | 53,000.00 | 0.00 | 0.00 |
| 12 | RothMelei | 6,648.55 | 0.00 | 0.00 |

| | | | |
|---|---|---:|---:|
| Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | | | |
|---|---|---:|---:|
| Total to be paid for subordinated claims: | | $ | 0.00 |
| Remaining balance: | | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                                    Case No. 13-80010-TML
Krzysztof Lenart                                                                          Chapter 7
Kamila A Lenart
          Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon                 Page 1 of 3                    Date Rcvd: Feb 13, 2015
                              Form ID: pdf006              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2015.
db/jdb         +Krzysztof Lenart,    Kamila A Lenart,    4518 W Rambele Rd,    McHenry, IL 60050-3873
aty            +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,
                 Rockford, IL 61104-2228
19879304       +A/R Concepts (Original Creditor:Medical),    33 W Higgins Rd Suite 715,
                 South Barringt, IL 60010-9103
19879307       +AMB Liberty Logistics,    158 Mount Olivet Avenue,    Newark, NJ 07114-2114
20337681       +AMB Liberty Logistics Center, LLC,    c/o Lee F. DeWald/DeWald Law Group PC,
                 1237 S. Arlington Heights Road,    Arlington Heights, Illinois 60005-3142
19879305       +Aams Llc (Original Creditor:Cetegra Heal,    4800 Mills Civic Pkwy St,
                 West Des Moines, IA 50265-5263
19879306       +Al Piemonte's Arlington Heights For,    c/o Marc Schwartz,    314 N McHenry Road,
                 Buffalo Grove, IL 60089-2428
19879308       +Arthur Painting, Inc,    c/o Chepov & Scott,    5440 N Cumberland Ave, Ste 150,
                 Chicago, IL 60656-4707
20137479       +Atlas Acquisitions LLC   (Citibank (South Dakota),    294 Union St.,    Hackensack, NJ 07601-4303
20137480       +Atlas Acquisitions LLC   (HSBC Bank Nevada, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
20462472       +Atty Parker F McMahan,    Travlers Insurance,    412 S Wells Street 6th Floor,
                 Chicago, Il 60607-3972
19879309       +Austin Nicole,   c/o Efird Elizabeth,    1031 Harris Road,    Grayslake, IL 60030-3550
19879310      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
20462473       +Barbara Piatek,    9201 Brockton Lane,   Des Plaines, Il 60016-1504
19879311      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
20269999        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20462474       +Charles E Anderson Trustee,    150 n Micigan Ave,    Suite 1000,   Chicago, IL 60601-7569
19879313       +David L Wisniewski,    3400 Dundee Rd,    Ste 235,   Northbrook, IL 60062-2346
19904292       +David L. Wisniewski,    33 South Wolf Road,    Prospect Heights, IL 60070-2609
20052172       +Donna P. Touzalin,    c/o David L. Wisniewski,    33 South Wolf Road,
                 Prospect Heights, IL 60070-2609
19879314       +Donna Touzalin,    370 W Dundee Road,   Wheeling, IL 60090-2769
20103150       +Donna Touzalin Snow,    370 W Dundee Road,   Wheeling, IL 60090-2769
19879316       +H & R Accounts Inc (Original Creditor:Ce,    7017 John Deere Pkwy,    Moline, IL 61265-8072
19879318       +Kozlik Construction,    Mr. William Petsche, Esq,    454 W Virginia Street,
                 Crystal Lake, IL 60014-5966
19879323        Macysdsnb,   911 Duke Blvd,    Mason, OH 45040
19879324       +Mage & Price (Original Creditor:Medical),    707 Lake Cook Road Suite 314,
                 Deerfield, IL 60015-4933
19879325       +Merchants Credit Guide (Original Credito,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
19879327       +Pitney Bowes,    Purchase Power,   PO Box 371874,    Pittsburgh, PA 15250-7874
20337636       +Prologis Targeted U.S. Logistics Fund, L.P.,    f/k/a AMB U.S. Logistics Funds, L.P.,
                 c/o Lee F. DeWaldDeWald Law Group PC,    1237 S. Arlington Heights Road,
                 Arlington Heights, Illinois 60005-3142
20462462        Regional Acceptance,    765 Ela Road,   Suite 205,    Arlington Heights, IL 60004
20710434       +RothMelei,   454 W Virginia St,    Crystal Lake IL 60014-5966
20462463       +SP Select,   Portfolio Servicing, Inc,    POB 65450,    Salt lake City, UT 84165-0450
19879330       +SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
19879329       +Salt Xchange Inc,    c/o Kurt E Vragel, Jr,    1701 East Lake Avenue, ste 170,
                 Glenview, IL 60025-2085
20103141       +Snow Systems Inc,    600 N Wolf Road,   Wheeling, IL 60090-3030
19879331       +Stephen Balsley,    c/o Sneckenberg, Thompson & Brody,    161 North Clark St, Ste 3575,
                 Chicago, IL 60601-3214
19879332       +Travelers National Pool,    c/o McMahan & Sigunick, LTD,    412 South Wells St, 6th Floor,
                 Chicago, IL 60607-3972
19879333       +Travels Insurance,    c/o Van Dinter & Associates, Inc,    43525 Ridge Park Drive Ste 300,
                 Temecula, CA 92590-3682
20462459       +WS Landscaping, Inc,    POB 460,   McHenry, IL 60051-9007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19955645       +E-mail/Text: bnc@atlasacq.com Feb 14 2015 01:11:51     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303,    Attn: Avi Schild
19954797       +E-mail/Text: bnc@atlasacq.com Feb 14 2015 01:11:51     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
20387804       +E-mail/Text: bankruptcy@hraccounts.com Feb 14 2015 01:11:54     Centegra Hospital McHenry,
                 C/O H and R Accounts Inc,    PO Box 672,   Moline, IL 61266-0672
19879312       +E-mail/Text: adjustments@myconsumers.org Feb 14 2015 01:12:22      Consumers Coop Cred Un,
                 2750 Washington St,    Waukegan, IL 60085-4900
19879315       +E-mail/Text: ally@ebn.phinsolutions.com Feb 14 2015 01:11:44     G M A C,    15303 S 94th Ave,
                 Orland Park, IL 60462-3825
20465846       +E-mail/Text: ally@ebn.phinsolutions.com Feb 14 2015 01:11:44     GMAC,    15303 S 94th Avenue,
                 Orland Park, IL 60462-3825
19879319       +E-mail/Text: rmartin@lmmcollections.com Feb 14 2015 01:13:10
                 Lockhart Morris & Mont (Original Credito,    833 E Arapaho Rd,    Richardson, TX 75081-2293
```

```
District/off: 0752-3           User: ldixon                Page 2 of 3                   Date Rcvd: Feb 13, 2015
                               Form ID: pdf006             Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20103156        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2015 01:18:33      Lvnv Funding Llc,
                 Original Creditor:Citi,   Po Box 740281,    Houston, TX 77274-0281
20103155        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2015 01:18:34      Lvnv Funding Llc,
                 Original Creditor:Hsbc,   Po Box 740281,    Houston, TX 77274-0281
19879321        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2015 01:18:33
                 Lvnv Funding Llc (Original Creditor:Citi,    Po Box 740281,   Houston, TX 77274-0281
19879322        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2015 01:18:34
                 Lvnv Funding Llc (Original Creditor:Hsbc,    Po Box 740281,   Houston, TX 77274-0281
19879326        +E-mail/Text: dleadley@ameritech.net Feb 14 2015 01:12:54       Midwest Salt Solutions,
                 c/o Solomon & Ledley,   320 East Indian Trail,    Aurora, IL 60505-1760
19879328         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 14 2015 01:18:47      Regional Acceptance Co,
                 765 Ela R D Suite 205,   Lake Zurich, IL 60004
20132773         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 14 2015 01:18:47      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19879334       Unknown (Original Creditor:Unknown)
20103162       Unknown (Original Creditor:Unknown)
20465847       Unknown Creditor
20103142*     +A/R Concepts (Original,   Creditor:Medical),   33 W Higgins Rd Suite 715,
                South Barringt, IL 60010-9103
20103145*     +AMB Liberty Logistics,   158 Mount Olivet Avenue,   Newark, NJ 07114-2114
20103143*     +Aams Llc (Original Creditor:Cetegra,   Heal,   4800 Mills Civic Pkwy St,
                West Des Moines, IA 50265-5263
20103144*     +Al Piemonte's Arlington Heights For,   c/o Marc Schwartz,   314 N McHenry Road,
                Buffalo Grove, IL 60089-2428
20103146*     +Austin Nicole,   c/o Efird Elizabeth,   1031 Harris Road,   Grayslake, IL 60030-3550
20103139*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
20103147*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
20103148*     +Consumers Coop Cred Un,   2750 Washington St,   Waukegan, IL 60085-4900
20103149*     +David L Wisniewski,   3400 Dundee Rd,   Ste 235,   Northbrook, IL 60062-2346
19905622*     +David L. Wisniewski,   33 South Wolf Road,   Prospect Heights, IL 60070-2609
20465845*     +Donna Touzalin,   370 W Dundee Road,   Wheeling, IL 60090-2769
20103151*     +G M A C,   15303 S 94th Ave,   Orland Park, IL 60462-3825
20103152*     +H & R Accounts Inc (Original,   Creditor:Ce,   7017 John Deere Pkwy,   Moline, IL 61265-8072
20103153*     +H & R Accounts Inc (Original,   Creditor:Ce,   7017 John Deere Pkwy,   Moline, IL 61265-8072
19879317*     +H & R Accounts Inc (Original Creditor:Ce,   7017 John Deere Pkwy,   Moline, IL 61265-8072
20103154*     +Lockhart Morris & Mont (Original,   Credito,   833 E Arapaho Rd,   Richardson, TX 75081-2293
19879320*     +Lockhart Morris & Mont (Original Credito,   833 E Arapaho Rd,   Richardson, TX 75081-2293
20103157*      Macysdsnb,   911 Duke Blvd,   Mason, OH 45040
20103158*     +Mage & Price (Original,   Creditor:Medical),   707 Lake Cook Road Suite 314,
                Deerfield, IL 60015-4933
20103159*     +Merchants Credit Guide (Original,   Credito,   223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
20103140*      Regional Acceptance Co,   765 Ela R D Suite 205,   Lake Zurich, IL 60004
20103160*     +Salt Xchange Inc,   c/o Kurt E Vragel, Jr,   1701 East Lake Avenue, ste 170,
                Glenview, IL 60025-2085
20103161*     +Stephen Balsley,   c/o Sneckenberg, Thompson & Brody,   161 North Clark St, Ste 3575,
                Chicago, IL 60601-3214
                                                                                         TOTALS: 3, * 23, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: ldixon              Page 3 of 3             Date Rcvd: Feb 13, 2015
                              Form ID: pdf006           Total Noticed: 53
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2015 at the address(es) listed below:

```
          Amy A Aronson     on behalf of Creditor    Regional Acceptance Corporation amyaronson@comcast.net,
           amyaronson@comcast.net
          Craig A Willette     on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          David L Wisniewski     on behalf of Plaintiff David L Wisniewski wlawpc@hotmail.com
          David L Wisniewski     on behalf of Creditor Donna   Touzalin wlawpc@hotmail.com
          David L Wisniewski     on behalf of Creditor David L Wisniewski wlawpc@hotmail.com
          David L Wisniewski     on behalf of Plaintiff Donna   Touzalin wlawpc@hotmail.com
          Joseph D Olsen     Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen     on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen     on behalf of Auctioneer Terry   Firch Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Jyothi R Martin     on behalf of Creditor    Select Portfolio Servicing jramana@atty-pierce.com
          Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
          Thomas E. Laughlin     on behalf of Defendant Krzysztof   Lenart tloff@aol.com
          Thomas E. Laughlin     on behalf of Defendant Kamila   Lenart tloff@aol.com
          Thomas E. Laughlin     on behalf of Joint Debtor Kamila A Lenart tloff@aol.com
          Thomas E. Laughlin     on behalf of Debtor Krzysztof   Lenart tloff@aol.com
                                                                                             TOTAL: 15
```