# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: LENART, KRZYSZTOF | § | Case No. 13-80010 |
| LENART, KAMILA A | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $242,075.00          Assets Exempt: $51,690.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,088.24     Claims Discharged
                                                 Without Payment: $692,107.15

Total Expenses of Administration: $10,911.76

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $226,704.00 | $64,852.83 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,911.76 | 10,911.76 | 10,911.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 110,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,371.08 | 763,024.31 | 529,024.31 | 14,088.24 |
| **TOTAL DISBURSEMENTS** | **$430,075.08** | **$838,788.90** | **$539,936.07** | **$25,000.00** |

4) This case was originally filed under Chapter 7 on January 03, 2013. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2015    By: /s/JOSEPH D. OLSEN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Ford Edge | 1229-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Regional Acceptance Corporation | 4110-000 | 10,616.00 | 10,046.81 | 0.00 | 0.00 |
| 8S | Prologis Targeted U.S. Logistics Fund, L.P. | 4110-000 | N/A | 35,158.16 | 0.00 | 0.00 |
| 9 | AMB Liberty Logistics Center, LLC | 4110-000 | 40,000.00 | 19,647.86 | 0.00 | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 176,088.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$226,704.00** | **$64,852.83** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 255.91 | 255.91 | 255.91 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,320.00 | 4,320.00 | 4,320.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Action Auctioneering | 3610-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 35.58 | 35.58 | 35.58 |
| Rabobank, N.A. | 2600-000 | N/A | 31.21 | 31.21 | 31.21 |
| Rabobank, N.A. | 2600-000 | N/A | 35.47 | 35.47 | 35.47 |
| Rabobank, N.A. | 2600-000 | N/A | 30.05 | 30.05 | 30.05 |
| Rabobank, N.A. | 2600-000 | N/A | 35.37 | 35.37 | 35.37 |
| Rabobank, N.A. | 2600-000 | N/A | 33.17 | 33.17 | 33.17 |
| Rabobank, N.A. | 2600-000 | N/A | 29.92 | 29.92 | 29.92 |
| Rabobank, N.A. | 2600-000 | N/A | 30.94 | 30.94 | 30.94 |
| Rabobank, N.A. | 2600-000 | N/A | 34.10 | 34.10 | 34.10 |
| Rabobank, N.A. | 2600-000 | N/A | 31.92 | 31.92 | 31.92 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 20.92 | 20.92 | 20.92 |
| Rabobank, N.A. | 2600-000 | N/A | 30.79 | 30.79 | 30.79 |
| Rabobank, N.A. | 2600-000 | N/A | 34.98 | 34.98 | 34.98 |
| Rabobank, N.A. | 2600-000 | N/A | 30.69 | 30.69 | 30.69 |
| Rabobank, N.A. | 2600-000 | N/A | 33.82 | 33.82 | 33.82 |
| Rabobank, N.A. | 2600-000 | N/A | 32.71 | 32.71 | 32.71 |
| Rabobank, N.A. | 2600-000 | N/A | 28.44 | 28.44 | 28.44 |
| Rabobank, N.A. | 2600-000 | N/A | 35.77 | 35.77 | 35.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$10,911.76** | **$10,911.76** | **$10,911.76** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Snow Systems Inc | 5200-000 | 55,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Snow Systems Inc | 5200-000 | 55,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $110,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Stephen Balsley | 7100-000 | unknown | 420,000.00 | 420,000.00 | 12,606.23 |
| 2 | Donna P. Touzalin | 7100-000 | 11,000.00 | 10,316.75 | 10,316.75 | 309.66 |
| 3 | David L. Wisniewski | 7100-000 | 15,200.00 | 7,684.75 | 7,684.75 | 230.66 |
| 5 | Atlas Acquisitions LLC (Citibank (South Dakota) | 7100-000 | N/A | 3,224.36 | 3,224.36 | 96.78 |
| 6 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 7100-000 | N/A | 1,973.14 | 1,973.14 | 59.22 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 652.10 | 652.10 | 19.57 |
| 8U | Prologis Targeted U.S. Logistics Fund, L.P. | 7100-000 | N/A | 0.02 | 0.02 | 0.00 |
| 10 | Centegra Hospital McHenry | 7100-000 | N/A | 524.64 | 524.64 | 15.75 |
| 11 | Barbara Piatek | 7200-000 | N/A | 78,000.00 | 0.00 | 0.00 |
| 11 -2 | Barbara Piatek | 7200-000 | N/A | 78,000.00 | 0.00 | 0.00 |
| 11 -3 | Barbara Piatek | 7200-000 | N/A | 78,000.00 | 53,000.00 | 0.00 |
| 11 -4 | Barbara Piatek | 7100-000 | N/A | 78,000.00 | 25,000.00 | 750.37 |
| 12 | RothMelei | 7200-000 | N/A | 6,648.55 | 6,648.55 | 0.00 |
| NOTFILED | Macysdsnb | 7100-000 | 539.00 | N/A | N/A | 0.00 |
| NOTFILED | Mage & Price (Original Creditor:Medical) | 7100-000 | 512.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc (Original Creditor:Hsbc | 7100-000 | 1,963.00 | N/A | N/A | 0.00 |
| NOTFILED | Lockhart Morris & Mont (Original Credito | 7100-000 | 2,188.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc (Original Creditor:Citi | 7100-000 | 3,224.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc (Original Creditor:Ce | 7100-000 | 356.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc (Original Creditor:Ce | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | Macysdsnb | 7100-000 | 539.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Merchants Credit Guide (Original Credito | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Travels Insurance c/o Van Dinter & Associates, Inc | 7100-000 | 114.00 | N/A | N/A | 0.00 |
| NOTFILED | Unknown (Original Creditor:Unknown) | 7100-000 | 13.00 | N/A | N/A | 0.00 |
| NOTFILED | Travelers National Pool c/o McMahan & Sigunick, LTD | 7100-000 | 7,016.00 | N/A | N/A | 0.00 |
| NOTFILED | Unknown (Original Creditor:Unknown) | 7100-000 | 13.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Purchase Power | 7100-000 | 769.89 | N/A | N/A | 0.00 |
| NOTFILED | Mage & Price (Original Creditor:Medical) | 7100-000 | 512.00 | N/A | N/A | 0.00 |
| NOTFILED | Salt Xchange Inc c/o Kurt E Vragel, Jr | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 15,355.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 609.00 | N/A | N/A | 0.00 |
| NOTFILED | Austin Nicole c/o Efird Elizabeth | 7100-000 | 30,001.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts (Original Creditor:Medical) | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc (Original Creditor:Cetegra Heal | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Al Piemonte's Arlington Heights For c/o Marc | 7100-000 | 2,768.19 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $93,371.08 | $763,024.31 | $529,024.31 | $14,088.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-80010  
**Case Name:** LENART, KRZYSZTOF  
LENART, KAMILA A  
**Period Ending:** 04/10/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/03/13 (f)  
**§341(a) Meeting Date:** 02/11/13  
**Claims Bar Date:** 06/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 4518 W Rambele Rd, McHenry IL 60050 (u) | 95,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account Fifth Third Bank | 95.00 | 0.00 | | 0.00 | FA |
| 4 | Regular furniture of the Debtor | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Regular clothing of the Debtors | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2003 Ford F350 | 7,500.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account with McHenry Savings Bank (u) | 30.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Band (u) | 400.00 | 0.00 | | 0.00 | FA |
| 9 | 3 hand guns: 22 calib. 9 mil 50 calib. (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Life Insurance Policy, Term (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 100 % Winter Services, Inc 100 % (u) | 5,500.00 | 0.00 | | 0.00 | FA |
| 12 | 1989 Sea Ray (u) | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | Snow Mobile 1999 Arctic Cat (u) | 750.00 | 0.00 | | 0.00 | FA |
| 14 | 1 Yorkie 1 Boxer Lab Mix (u) | 100.00 | 0.00 | | 0.00 | FA |
| 15 | 2011 Ford Edge (u) | 22,099.00 | 25,000.00 | | 25,000.00 | FA |
| 16 | WS Painting | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Winter Service | 115,000.00 | 0.00 | | 0.00 | FA |
| 18 | Winter Service & Snow & Ice Management | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2003 F350 | 7,500.00 | 0.00 | | 0.00 | FA |
| 19 | **Assets  Totals** (Excluding unknown values) | **$264,174.00** | **$25,000.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2014        **Current Projected Date Of Final Report (TFR):**    January 13, 2015  (Actual)

Printed: 04/10/2015 11:20 AM    V.13.21

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-80010  
**Case Name:** LENART, KRZYSZTOF  
　　　　　　　LENART, KAMILA A  
**Taxpayer ID #:** **-***7834  
**Period Ending:** 04/10/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/26/13 | {15} | Action Auctioneering | sale of 2011 Ford Edge | 1229-000 | 25,000.00 | | 25,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 24,990.00 |
| 08/21/13 | 101 | Action Auctioneering | Per Court Order of 8/19 - Pay Auctioneer re: sale of 2011 Ford | 3610-000 | | 2,500.00 | 22,490.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.58 | 22,454.42 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.21 | 22,423.21 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.47 | 22,387.74 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.05 | 22,357.69 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.37 | 22,322.32 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.17 | 22,289.15 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.92 | 22,259.23 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.94 | 22,228.29 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.10 | 22,194.19 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.92 | 22,162.27 |
| 06/03/14 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #13-80010, Bond #016018067 | 2300-000 | | 20.92 | 22,141.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.79 | 22,110.56 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.98 | 22,075.58 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.69 | 22,044.89 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.82 | 22,011.07 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.71 | 21,978.36 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.44 | 21,949.92 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.77 | 21,914.15 |
| 03/05/15 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $4,320.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,320.00 | 17,594.15 |
| 03/05/15 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $255.91, Trustee Expenses;  Reference: | 2200-000 | | 255.91 | 17,338.24 |
| 03/05/15 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,250.00, Trustee Compensation;  Reference: | 2100-000 | | 3,250.00 | 14,088.24 |
| 03/05/15 | 106 | Stephen Balsley | Dividend paid   3.00% on $420,000.00; Claim# 1; Filed: $420,000.00; Reference: | 7100-000 | | 12,606.23 | 1,482.01 |
| 03/05/15 | 107 | Donna P. Touzalin | Dividend paid   3.00% on $10,316.75; Claim# 2; Filed: $10,316.75; Reference: | 7100-000 | | 309.66 | 1,172.35 |
| 03/05/15 | 108 | David L. Wisniewski | Dividend paid   3.00% on $7,684.75; Claim# 3; Filed: $7,684.75; Reference: | 7100-000 | | 230.66 | 941.69 |
| 03/05/15 | 109 | Atlas Acquisitions LLC (Citibank (South Dakota) | Dividend paid   3.00% on $3,224.36; Claim# 5; Filed: $3,224.36; Reference: | 7100-000 | | 96.78 | 844.91 |

Subtotals :　　$25,000.00　　$24,155.09

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 04/10/2015 11:20 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-80010 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | LENART, KRZYSZTOF | | Bank Name: | Rabobank, N.A. |
| | LENART, KAMILA A | | Account: | ******2066 - Checking Account |
| Taxpayer ID #: | **-***7834 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 04/10/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/15 | 110 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | Dividend paid 3.00% on $1,973.14; Claim# 6; Filed: $1,973.14; Reference: | 7100-000 | | 59.22 | 785.69 |
| 03/05/15 | 111 | Capital One Bank (USA), N.A. | Dividend paid 3.00% on $652.10; Claim# 7; Filed: $652.10; Reference: | 7100-000 | | 19.57 | 766.12 |
| 03/05/15 | 112 | Centegra Hospital McHenry | Dividend paid 3.00% on $524.64; Claim# 10; Filed: $524.64; Reference: | 7100-000 | | 15.75 | 750.37 |
| 03/05/15 | 113 | Barbara Piatek | Dividend paid 3.00% on $25,000.00; Claim# 11 -4; Filed: $78,000.00; Reference: | 7100-000 | | 750.37 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 25,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,000.00 | $25,000.00 | |

Net Receipts : 25,000.00
———————
Net Estate : $25,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2066** | 25,000.00 | 25,000.00 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)